No. 2,399.—PHIL. J. HARRINGTON, RESPONDENT, *v.* A. J. LEGGAT, ADMINISTRATOR, ET AL., APPELLANTS.

*Appeal from District Court, Silver Bow County; Geo. M. Bourquin, Judge.*

Decided February 11, 1907.

PER CURIAM.—Respondent's motion to dismiss the appeal herein on the ground that the undertaking is void for am-

biguity, is hereby sustained and the appeal dismissed without prejudice.

*Mr. C. M. Parr*, for Appellants.

*Messrs. Maury & Hogevoll*, for Respondent.